Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENMIND SOLUTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> DOES 1-39, <br><br> Defendants. | **No. C-11-03311 MEJ** <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE ONLY AS TO ONE ANONYMOUS DOE DEFENDANT** |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE ONLY AS TO ONE ANONYMOUS DOE DEFENDANT**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses all claims with prejudice brought in this action against a single anonymous Doe Defendant associated with the following Internet Protocol ("IP") address: 72.211.247.52, which was issued by Cox Communications.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

1    Plaintiff still maintains its claims against the other active anonymous Doe Defendant(s)

2  remaining in this action, and reserves the right to name such individuals and/or serve them when in

3  possession of their identifying information in this case.

4    Respectfully Submitted,

5

6

7    PRENDA LAW INC.,

8  **DATED: December 2, 2011**

9    By:    \_\_\_\_/s/  Brett L. Gibbs, Esq._____

10    Brett L. Gibbs, Esq. (SBN 251000)
      Prenda Law Inc.
11    38 Miller Avenue, #263
      Mill Valley, CA 94941
12    blgibbs@wefightpiracy.com
      *Attorney for Plaintiff*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                                            /s/ Brett L. Gibbs
                                                              Brett L. Gibbs, Esq.