| No | IP Address | ISP | Case | CaseNo | Filed | Discovery Requested | Discovery Granted | Subpoena Issue | Subpoena Due | Subpena Returned |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 173.58.236.154 | Verizon Online | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 2 | 199.83.220.127 | Monkey Brains | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 3 | 207.204.238.160 | Black Oak Computers | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 10/28/11 |
| 4 | 24.180.7.201 | Charter Communications | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 5 | 24.4.64.101 | Comcast Cable Comm | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 6 | 24.5.4.253 | Comcast Cable Comm | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 7 | 24.6.1.121 | Comcast Cable Comm | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 8 | 64.160.96.201 | AT&T Internet Services | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 9 | 64.30.117.250 | Surewest | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 10 | 66.75.25.253 | Road Runner | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 11 | 67.122.208.252 | AT&T Internet Services | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 12 | 67.164.20.77 | Comcast Cable Comm | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 13 | 67.174.60.36 | Comcast Cable Comm | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 14 | 71.104.14.138 | Verizon Online | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 15 | 71.110.0.6 | Verizon Online | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 16 | 71.195.112.15 | Comcast Cable Comm | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 17 | 71.198.99.187 | Comcast Cable Comm | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 18 | 71.204.160.246 | Comcast Cable Comm | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 19 | 71.204.185.238 | Comcast Cable Comm | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 20 | 71.83.85.29 | Charter Communications | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 21 | 72.194.120.180 | Cox Communications | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 22 | 72.207.51.75 | Cox Communications | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 23 | 72.211.247.52 | Cox Communications | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 24 | 72.220.26.43 | Cox Communications | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 25 | 75.128.14.206 | Charter Communications | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 26 | 75.30.225.117 | AT&T Internet Services | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 27 | 75.47.232.113 | AT&T Internet Services | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 28 | 75.83.164.218 | Road Runner | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 29 | 75.84.200.108 | Road Runner | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 30 | 76.102.247.172 | Comcast Cable Comm | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 31 | 76.168.52.132 | Road Runner | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 32 | 76.172.104.45 | Road Runner | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 33 | 76.20.77.205 | Comcast Cable Comm | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 34 | 76.29.173.93 | Comcast Cable Comm | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 35 | 98.150.50.158 | Road Runner | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 36 | 98.176.105.86 | Cox Communications | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 37 | 98.176.253.112 | Cox Communications | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 38 | 98.239.121.131 | Comcast Cable Comm | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 39 | 98.248.167.15 | Comcast Cable Comm | OpenMind Solutions v. Does 1-39 | 3:11-cv-03311-MEJ | 7/6/11 | 7/7/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |